IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Omotosho, Victor A | Case Number: 05 B 58350 |
| | Judge: Hollis, Pamela S |
| Printed: 12/23/08 | Filed: 10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 27, 2008
Confirmed: February 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 27,925.00 | |
| Secured: | | 23,446.78 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,464.50 |
| Trustee Fee: | | 1,452.63 |
| Other Funds: | | 561.09 |
| Totals: | 27,925.00 | 27,925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 1,764.50 | 1,764.50 |
| 2. | Thomas R Hitchcock | Administrative | 700.00 | 700.00 |
| 3. | Bank Of America | Secured | 0.00 | 0.00 |
| 4. | LaSalle Bank NA | Secured | 14,995.73 | 4,681.47 |
| 5. | Bank Of America | Secured | 11,662.40 | 11,662.40 |
| 6. | DaimlerChrysler Servs North America | Secured | 7,102.91 | 7,102.91 |
| 7. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 8. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 9. | Elan Financial Services | Unsecured | 5,012.28 | 0.00 |
| 10. | American Express Centurion | Unsecured | 6,616.73 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 478.21 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 23,243.32 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 552.96 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 3,221.50 | 0.00 |
| 15. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 16. | Armor Systems Co | Unsecured | | No Claim Filed |
| 17. | KCA Financial Services | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Security Credit Systems | Unsecured | | No Claim Filed |
| 20. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | $ 75,350.54 | $ 25,911.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Omotosho, Victor A

Printed: 12/23/08

Case Number:  05 B 58350
Judge:  Hollis, Pamela S
Filed:  10/15/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 294.25 |
| 5% | 107.49 |
| 4.8% | 412.81 |
| 5.4% | 464.40 |
| 6.5% | 139.76 |
| 6.6% | 33.92 |
| | $ 1,452.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

